JEFFRIES ADVOCATES
ATTORNEY FOR THE PLAINTIFF
38 CORPORATE PARK, SUITE D
IRVINE, CA 92714
714-474-2055
Attorneys for the Plaintiff



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | COURT NO: 92 A 21078 |
| v. | DEFAULT JUDGMENT |
| MICHAEL C. MORAGNE | |
| Defendant(s). | |

In the above-entitled action, an affidavit on behalf of the plaintiff satisfying the requirements of Rule 55 having been filed;

IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of and from MICHAEL C. MORAGNE the sum of $4,516.42 as principal, $19.12 as accrued prejudgment interest, $0 administrative charges, and $41.00 costs, plus $765.30 attorney fees for a total amount of $5,341.84, plus interest at the current rate until entry of judgment.

Judgment to accrue interest at the legal rate until paid.

DATED: OCT 1 4 1992

LEONARD A. BROSNAN, CLERK
U.S. District Court
Central District of California

By: _____
Deputy Clerk